RACHEL ARMOUR DOYLE, PLAINTIFF, v. CHASE MAN-
HATTAN BANK, ETC., *ET AL.*, DEFENDANTS.

RUTH ARMOUR KAMEN, PLAINTIFF-PETITIONER, v.
CHASE MANHATTAN BANK, ETC., *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

See same case below: 80 *N. J. Super.* 105.

*Messrs. Milton, Keane & De Bona* for the petitioner.

*Messrs. Carpenter, Bennett & Morrissey* for the respondents.

July 1, 1963. Denied.

JOHN A. KOSTKA, PLAINTIFF-PETITIONER, v. JOHN
KOSTKA, DEFENDANT-PETITIONER.

*Messrs. David & Albert L. Cohn* and *Mr. Daniel Crystal* for
the petitioner.

*Mr. Edward F. Broderick* and *Mr. Bernard F. Conway* for
the respondent.

July 1, 1963. Denied.